THE VAN VLECK LAW FIRM, LLP
   Brian F. Van Vleck, State Bar No. 155250
   bvanvleck@vvlawgroup.com
   Stuart Kluft, State Bar No. 315081
   skluft@vvlawgroup.com
5757 Wilshire Blvd., Suite 535
Los Angeles, California 90048
Telephone: (323) 592-3505
Facsimile: (323) 592-3506

Attorneys for Plaintiff
Robin Anderson

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 3, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

ROBIN ANDERSON,

    Plaintiff,

vs.

CENTRAL REFRIGERATED SERVICE, LLC, formerly known as CENTRAL REFRIGERTED SERVICE, INC., SWIFT TRANSPORTATION COMPANY, and WORKWELL SYSTEMS, INC; and DOES 1 through 100 inclusive,

    Defendants.

**CASE NO: 5:14-cv-02062-VAP -SP**

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

1 | Pursuant to the Joint Stipulation of Dismissal of Entire Action with Prejudice
2 | filed in this matter, the Court orders as follows:
3 | The action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

July 3, 2018

*/s/ Virginia A. Phillips*
THE HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, a copy of the foregoing **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　/s/ Brian F. Van Vleck_____
Brian F. Van Vleck